IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03180–KMT

ANGELA S. WILLIAMS,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY, d/b/a COLLECTIONCENTER, INC., a Wyoming corporation,

    Defendant.

## ORDER

This matter is before the court on the parties' "Stipulated Motion to Dismiss with Prejudice" (Doc. No. 21, filed November 24, 2015).

Being fully advised in the premises, it is

**ORDERED** that the Motion is **GRANTED**. The case is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 24th day of November, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge